1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797



**FILED**

OCT -7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

5

6  # SEALED

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE:                          )    2:09-SW-0329-KJM
                                    )
12  SEARCH WARRANTS AUTHORIZED      )
    FOR THE PREMISES LOCATED AT:    )
13                                  )
    18810 Mandala Star Road         )    ORDER FOR DESTRUCTION OF BULK
14  North San Juan, CA              )    MARIJUANA SEIZURE
    Nevada County Parcel Number     )
15  62-050-22                       )
                                    )
16  _____ )

17

18          The United States applied for an order permitting its agents

19  to destroy bulk marijuana that it expects to seize in this matter

20  pursuant to a duly authorized search warrant.  Having read and

21  considered the papers filed by the United States, and good cause

22  appearing therefrom:

23          IT IS HEREBY ORDERED that the DEA and other investigative

24  agencies involved in the investigation of this matter are

25  authorized to destroy, forthwith, any bulk marijuana seized during

26  the investigation.  For evidentiary purposes, the marijuana plants

27  shall be counted and, if possible, weighed.  Additionally, any

28  seized marijuana gardens shall be photographed and/or videotaped,

                                    1

1 | and a representative sample taken from each location, which shall

2 | be preserved until further order of this court.

3

4 | Dated: October 7, 2009

KIMBERLY J. MUELLER
U.S. Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28